UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GLORIA SHACKLEFORD, § § *Plaintiff*, § § v. § § OFFICE OF PERSONNEL § MANAGEMENT, § § *Defendant*. § | Civil Action No. 3:25-CV-1078-X-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 19). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 15th day of September, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1